In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00188-CV

_____

IN THE INTEREST OF J.J.

On Appeal from the 279th District Court
Jefferson County, Texas
Trial Cause No. C-229,666

ORDER

Appellant, L.M., filed a *pro se* notice of appeal of an order terminating his parental rights. In his notice of appeal, appellant states that he is indigent and incarcerated in the Texas prison system.

On the Court's own motion, the appeal is abated and the case is remanded to the trial court for further proceedings. We direct the trial court to determine whether appellant is indigent and whether an attorney should be appointed to represent him. *See* Tex. Fam. Code Ann. § 107.013 (West Supp. 2017). A supplemental clerk's record, including any orders signed by the trial court on remand, together with a

1

supplemental reporter's record of any hearing conducted on remand, shall be filed with the Court of Appeals on or before June 18, 2018. The appeal will be reinstated without further order of this Court when the supplemental clerk's record is filed.

ORDER ENTERED May 31, 2018.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.